UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:23 CR 380-1   SRC/JMB |
| ) | |
| SONNY SAGGAR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Pretrial Services Agency's recommendation the Court Orders the following Modifications of Defendant's Conditions of Release:

**Defendant is authorized to travel to SDIL and WDMO for employment purposes only.**

All remaining conditions of release as set forth in the **July 27, 2023**, Order Setting Conditions Release shall remain in effect.

SO ORDERED:

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of July, 2023.