UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> SONNY SAGGAR, M.D., and  ) <br> RENITA BARRINGER,  ) <br>  ) <br> Defendants.  ) | Case No. 4:23-CR-380-SRC-PLC |

## ENTRY OF APPEARANCE

COMES NOW James G. Martin of the law firm of Dowd Bennett LLP and enters his appearance as counsel of record for Defendant Sonny Saggar, M.D. in the above-entitled action.

Dated:  August 7, 2023

Respectfully submitted,

**DOWD BENNETT LLP**

By:  */s/ James G. Martin*
  James G. Martin          #33586MO
  7676 Forsyth Blvd., Suite 1900
  St. Louis, MO  63105
  314/889-7300 (Telephone)
  314/863-2111 (Facsimile)
  jmartin@dowdbennett.com

*Attorneys for Defendant Sonny Saggar, M.D.*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 7, 2023, a copy of the foregoing was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

                                                           /s/ *James G. Martin*
                                                         James G. Martin