UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CR-380-SRC-PLC |
| | ) | |
| SONNY SAGGAR, M.D., and | ) | |
| RENITA BARRINGER, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW James B. Martin of the law firm of Dowd Bennett LLP and enters his appearance as counsel of record for Defendant Sonny Saggar, M.D. in the above-entitled action.

Dated:  August 7, 2023                                   Respectfully submitted,

**DOWD BENNETT LLP**

By:  */s/ James B. Martin*
     James B. Martin           #70219MO
     7676 Forsyth Blvd., Suite 1900
     St. Louis, MO  63105
     314/889-7300 (Telephone)
     314/863-2111 (Facsimile)
     jbmartin@dowdbennett.com

*Attorneys for Defendant Sonny Saggar, M.D.*

2

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on August 7, 2023, a copy of the foregoing was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

                                                    /s/ *James B. Martin*
                                                     James B. Martin