# Exhibit 1

# BEFORE THE
## MISSOURI STATE BOARD OF REGISTRATION
## FOR THE HEALING ARTS

STATE BOARD OF REGISTRATION   )
FOR THE HEALING ARTS,   )
   )
          Petitioner,   )
v.   )
   )
Sonny Saggar, MD   )   Case No. 2022-001129
   )
          Respondent.   )
   )

## NOTICE AND SUBPOENA

TO:    Sonny Saggar, MD
         916 Olive Street, Suite 2
         Saint Louis, MO 63101

PLEASE TAKE NOTICE that the Missouri State Board of Registration for the Healing Arts ("Board") hereby commands and orders you to appear for a closed meeting with the Board to discuss allegations of violating collaborative practice agreements. This meeting will be held on July 27, 2023, at 2:30 p.m., or as soon thereafter as this matter may be heard, at the Missouri Council of School Administrators Building – Lower Level, 3550 Amazonas Drive, Jefferson City, Missouri 65109. All parties will have the right to retain legal counsel to represent them at this meeting. Parties who retain legal counsel for purposes of this meeting must do so at their own expense. If you wish to bring along with you any person of support such as a mentor, personal healthcare (or otherwise) provider, program director, family member or other guest, you may choose to do so. If you choose to have guests other than your attorney present, please understand that you are waiving the right to a closed meeting as it pertains to your guest(s).

This meeting will be a closed meeting pursuant to Section 324.001.8, 334.001, RSMo., and Chapter 610, RSMo.

Please note that the Board has allotted thirty (30) minutes for this meeting. Depending on how much time is required, the Board may conduct as much of the meeting as its schedule will permit on the date contained in this notice and continue the meeting at a later time or date during this Board meeting or at a subsequent meeting.

Dated this 5th day of July, 2023.

                                                    State Board of Registration
                                                    for the Healing Arts

                                                    *signature*
                                                    Marc K. Taormina, M.D., F.A.C.P.
                                                    President
                                                    Missouri State Board of Registration
                                                    for the Healing Arts