# Exhibit 3

**Flight 2 of 4 UA146**   Class: United Economy (YN)

Thu, Jul 27, 2023                                     Fri, Jul 28, 2023
**11:00 PM**                                          **11:05 AM**
New York/Newark, NJ, US (EWR)                         London, GB (LHR)

**Flight 3 of 4 UA959**   Class: United Economy (YN)

Sat, Aug 05, 2023                                     Sat, Aug 05, 2023
**03:20 PM**                                          **06:15 PM**
London, GB (LHR)                                      Chicago, IL, US (ORD)

**Flight 4 of 4 UA4185**   Class: United Economy (YN)

Sat, Aug 05, 2023                                     Sat, Aug 05, 2023
**07:58 PM**                                          **09:17 PM**
Chicago, IL, US (ORD)                                 St. Louis, MO, US (STL)

Flight Operated by GoJet Airlines dba United Express.

**Traveler Details**

SAGGAR/SONNY
eTicket number: **0162498594257**
Frequent Flyer: **UA-XXXXX774 Member**

Seats: **STL-EWR 34F**
      **EWR-LHR ----**
      **LHR-ORD 42F**

**From:** United Airlines <Receipts@united.com>
**Date:** June 29, 2023 at 9:43:58 PM CDT
**To:** thesaggars@gmail.com
**Subject: eTicket Itinerary and Receipt for Confirmation MYMX6W**

Thu, Jun 29, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## MYMX6W

| Flight 1 of 4 UA1920 | | Class: United Economy (YN) |
|---|---|---|
| Thu, Jul 27, 2023 | | Thu, Jul 27, 2023 |
| **05:33 PM** | | **09:00 PM** |
| St. Louis, MO, US (STL) | | New York/Newark, NJ, US (EWR) |