# Delaware

Page 1

The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "EMERGENCY PHYSICIAN CONSULTANTS INC." AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF INCORPORATION, FILED THE FOURTEENTH DAY OF FEBRUARY, A.D. 2022, AT 3:06 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "EMERGENCY PHYSICIAN CONSULTANTS INC.".*



Jeffrey W. Bullock, Secretary of State

6618425  8100H
SR# 20232197913

Authentication: 203384565
Date: 05-19-23

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE *of* DELAWARE
# CERTIFICATE *of* INCORPORATION
# A STOCK CORPORATION

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:06 PM 02/14/2022
FILED 03:06 PM 02/14/2022
SR 20220502734 - File Number 6618425

### FIRST - Name

The name of the Corporation is:

EMERGENCY PHYSICIAN CONSULTANTS INC.

### SECOND – Registered Agent

Its registered office in the State of Delaware is to be located at 8 The Green, Ste A, in the City of Dover County of Kent Zip Code 19901. The registered agent in charge thereof is A Registered Agent, Inc.

### THIRD - Purpose

The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

### FOURTH - Stock

The amount of the total stock this corporation is authorized to issue is 100 shares (number of authorized shares), with a par value of $1.00 per share.

### FIFTH - Incorporator

The name and mailing address of the incorporator are as follows:

A Registered Agent, Inc. – 8 The Green, Ste A, Dover, DE  19901

**I, The Undersigned,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand this 14th day of February, A.D. 2022.

BY: _____

A Registered Agent, Inc., Incorporator
Patrick Brickhouse, Assistant Secretary