| Certificate No. 1 | For 100 | Shares Issued to Monica Saggar | Transferred from / /20 |
|---|---|---|---|
| Dated February 14 | , 20 22 | Receipt acknowledged | No. Original Certificate / No. Original Shares / No. Of Shares Transferred |



NUMBER: 1    SHARES: 100

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

# Emergency Physician Consultants Inc.

**This Certifies that** Monica Saggar *is the owner of* One Hundred (100) ---------- *fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* 14th *day of* February 20 22

Monica Saggar — TREASURER/SECRETARY        Monica Saggar — PRESIDENT

## EXPLANATION OF ABBREVIATIONS

The following abbreviations, when used in the inscription of ownership on the face of this certificate, shall be construed as if they were written out in full according to applicable laws or regulations. Abbreviations, in addition to those appearing below, may be used.

| | | | |
|---|---|---|---|
| JT TEN | As joint tenants with right of survivorship and not as tenants in common | TEN ENT | As tenants by the entireties |
| TEN COM | As tenants in common | UNIF GIFT MIN ACT | Uniform Gifts to Minors Act |
| | | CUST | Custodian for |
| | | UNIF TRANS MIN ACT | Uniform Transfers to Minors Act |

For Value Received, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

_____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated _____ 20___

In presence of

_____   _____



CERTIFICATE FOR 100 SHARES OF Emergency Physician Consultants Inc.

Issued to Monica Saggar

Dated February 14, 2022