*Chesterfield Title Agency, LLC*
*14430 Clayton Road*
*St. Louis, MO  63011*

**To:**     **LETTER REPORT**                                                                  Case No. 23-2969

**LEGAL DESCRIPTION:**

**Parcel 1:**

A Lot in Block 279 of the City of St. Louis, Missouri, fronting 25 feet on the South line of Olive Street by a depth Southwardly of 109 feet 1 inch to an alley. Bounded on the East by Parcel (2) and West by property now or formerly of Pommer.

**Parcel 2:**

A Lot in Block 279 of the City of St. Louis, Missouri, fronting 28 feet 8-1/2 inches, more or less, on the South line of Olive Street by a depth Southwardly of 109 feet 2 inches to an alley, having a width thereon of 23 feet 6-1/2 inches, more or less; bounded on the East by Tenth Street.

**TITLE TO THE FEE SIMPLE ESTATE IS VESTED IN THE FOLLOWING:**

Emergency Physician Consultants, Inc

**MORTGAGES:**

**n/a**

**OUTSTANDING JUDGMENTS, COURT PROCEEDINGS, MECHANIC LIENS:**

**n/a**

**REAL ESTATE TAXES:**

**Permanent Parcel #0279-9-050.000**
**2023 taxes $23,704.08 are DUE December 31, 2023**

**Subject to taxes for 2023 and subsequent years.**

**Address given:  217 North 10th St**
**                       St Louis, MO  63101**

*Chesterfield Title Agency, LLC*
*14430 Clayton Road*
*St. Louis, MO  63011*

**Case No. 23-2969**

**This search has been made as of November 14, 2023 at 5:00 p.m. as an accommodation to you for informational purposes only and while Chesterfield Title Agency, LLC believes it to be accurate, it should not be considered a certificate or guarantee of title.  This is not a commitment for title insurance.  Therefore, the Company liability extends only to the fee charged for this report.**