# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CR-380 |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) |
| Defendants. | ) |

### DEFENDANT SAGGAR'S SUPPLEMENT TO HIS MOTION SEEKING PERMISSION TO TRAVEL TO ENGLAND TO SEE HIS 93 YEAR OLD MOTHER

At the recommendation of the Pretrial Services Office, Dr. Saggar supplements his motion to travel with the following details:

1. Pending the Court's authorization, Dr. Saggar has purchased airline tickets to travel to London on December 22, 2023, on Flight UA1315 at 5:30 pm to Chicago (ORD), then Flight UA938 leaving Chicago for London (LHR) at 9:19 pm. The return tickets purchased are for January 5, 2024, Flight UA4185 leaving London for Chicago at 3:10 pm, then Flight UA185 leaving Chicago for St. Louis at 8:30 pm. Dr. Saggar will provide Pretrial Services with proper documentation of the actual purchase of the tickets.

2. Dr. Saggar respectfully states, if the Court were so inclined, he would very much like to stay in London a few days longer. Should the Court be so willing, Dr. Saggar could exchange the current return flights for flights at the same times on either January 8 or 9, 2024.

3. Dr. Saggar's sister, Monica Saggar, and mother live at 48 Longford Avenue, Southall, Middlesex UB1 3QN, and that is where Dr. Saggar would be staying.

4. In hopes that the Government might decide not to appeal the grant to travel, Dr. Saggar has communicated an offer to sign a document the Government would draft indicating he would give up any right to oppose extradition.

5. Dr. Saggar also notes that the Missouri Board Of Healing Arts anticipates holding a hearing regarding Dr. Saggar and the issues surrounding the Indictment on either January 25 or 26, 2024. The specific date and time have yet to be set. With the concurrence of Pretrial Services, Dr. Saggar seeks an Order which would permit him to attend this hearing in Jefferson City, traveling to whatever extent approved and coordinated through Katie Stephens in Pretrial Services.

Dated: December 4, 2023                                    Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James G. Martin*
James G. Martin  #33586 MO
James B. Martin  #70219 MO
7676 Forsyth Blvd., Suite 1900
St. Louis, MO  63105
314/889-7300 (Telephone)
314/863-2111 (Facsimile)
jmartin@dowdbennett.com

*Attorneys for Defendant Sonny Saggar, M.D.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2023, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/James G. Martin