UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:23-CR-00380-SRC |
| | ) | |
| v. | ) | |
| | ) | |
| SONNY SAGGAR, M.D., and | ) | |
| RENITA BARRINGER, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES OF AMERICA'S MOTION FOR
REVIEW OF A RELEASE ORDER PURSUANT TO 18 U.S.C. § 3145**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Amy E. Sestric and Cort A. VanOstran, Assistant United States Attorneys for said District, and respectfully moves for review of a release order, namely, the Court's Order Granting Motion to Travel (ECF No. 74), pursuant to 18 U.S.C. § 3145. The Government specifically requests that the Court revoke the Order Granting Motion to Travel or, in the alternative, amend the conditions of Defendant Sonny Saggar, M.D.'s release to expressly prohibit international travel. In support of this motion, the United States files herewith its memorandum in support.

Date:  December 11, 2023                 Respectfully submitted,

                                         SAYLER A. FLEMING
                                         United States Attorney


                                         */s/ Amy E. Sestric*
                                         AMY E. SESTRIC, #66219MO
                                         CORT A. VANOSTRAN, #67276MO
                                         Assistant United States Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that on December 11, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Counsel of Record.

                  */s/ Amy E. Sestric*
                   AMY E. SESTRIC, #66219MO
                   Assistant United States Attorney