# GOVERNMENT'S EXHIBIT 3

# FILED UNDER SEAL