# GOVERNMENT'S EXHIBIT 4

# FILED UNDER SEAL