| | |
|---|---|
| | BOOK PAGE |
| | **03172023-0011** |
| | RECORDER OF DEEDS |
| | CITY OF ST. LOUIS |
| | RECORDED-CERTIFIED ON |
| | 03/17/2023 08:40 AM |
| | MICHAEL BUTLER |
| | RECORDER OF DEEDS |
| | PAGES: 3 |
| | AMOUNT DUE: 33.00 |
| | 5562952 |
| | THIS DOCUMENT WAS eRECORDED |

---

**Continental Title Company: 23447536**

## GENERAL WARRANTY DEED
### (Partnership)

*This Deed*, Made and entered into as of this ___16___ day of ___March___, 2023, by and between **The 217 Partnership now known as 217 Partnership, LLP, a Missouri limited liability partnership**, a Limited Liability Partnership, organized and existing under the laws of the State of Missouri with its principal office at 5110 Shrewsberry Ave, Saint Louis, MO 63119, in the county of St. Louis, State of Missouri, party or parties of the first part, Grantor(s), and **Emergency Physician Consultants, Inc** whose mailing address is: **916 Olive St., Saint Louis, MO 63103** in the County of Saint Louis City, State of MO, party or parties of the second part, Grantee(s).

WITNESSETH, that the said party of the first part, for and in consideration of the sum of One Dollar ($1.00) and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does by these presents GRANT, BARGAIN AND SELL, CONVEY AND CONFIRM unto the said party or parties of the second part, the following described Real Estate, situated in the County of Saint Louis City, State of Missouri, to-wit:

Parcel 1:
A Lot in Block 279 of the City of St. Louis, Missouri, fronting 25 feet on the South line of Olive Street by a depth Southwardly of 109 feet 1 inch to an alley. Bounded on the East by Parcel (2) and West by property now or formerly of Pommer.

Parcel 2:
A Lot in Block 279 of the City of St. Louis, Missouri, fronting 28 feet 8-1/2 inches, more or less, on the South line of Olive Street by a depth Southwardly of 109 feet 2 inches to an alley, having a width thereon of 23 feet 6-1/2 inches, more or less; bounded on the East by Tenth Street.

**GOVERNMENT EXHIBIT 5**

Subject to building lines, conditions, easements, restrictions of record, and any zoning laws or ordinances affecting this property, if any.

**TO HAVE AND TO HOLD** the same, together with all rights and appurtenances to the same belonging, unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever.

The said party of the first part hereby covenanting that it and its successors, shall and will **WARRANT AND DEFEND** the title to the premises unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever against the lawful claims of all persons whomsoever, excepting, however, the general taxes for the calendar year 2023 and thereafter, and special taxes becoming a lien after the date of this deed.

IN WITNESS WHEREOF, the said party of the first part has caused these presents to be signed by its Partner.

GRANTOR(S)

**The 217 Partnership now known as 217 Partnership, LLP, a Missouri limited liability partnership**

By: _John J. Hummel_
John J. Hummel, General Partner

By: _James W. Childress_
James W. Childress, General Partner

By: _R. Kent Schultz_
R. Kent Schultz, General Partner

**State of Missouri** )
)SS.
**County Of St. Louis City** )

On this __16__ day of __March__, 2023, before me the undersigned notary, personally appeared **John J. Hummel, James W. Childress and R. Kent Schultz**, who proved to me through identification documents which was a **Passport /(Driver's License)/ State ID or**_____, to me personally known, who did say they are 75% of the **General Partners** of **The 217 Partnership now known as 217 Partnership, LLP, a Missouri limited liability partnership**, a partnership of the State of Missouri, and that said instrument was signed in behalf of said partnership, by authority of its partners; and said General Partners acknowledged said instrument to be the free act and deed of said corporation.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed my official seal in the COUNTY and STATE aforesaid, the day and year first above written.

_C. Whitlock_
- Notary Public
MY TERM EXPIRES:

```
C. WHITLOCK
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 12390277
My Commission Expires Jun 26, 2024
```

Continental Title #: 23447536

## GRANTEE RIDER

Attached to and made a part of this deed executed by The 217 Partnership now known as 217 Partnership, LLP, a Missouri limited liability partnership, as Grantor(s), to Emergency Physician Consultants, Inc, as Grantee(s), on the property known and numbered as 217 North 10th Street, Saint Louis, MO 63101.

**IN WITNESS WHEREOF,** the Grantee(s) has/have executed the attached Deed as evidenced by the execution of this rider the day and year set out on said deed.

**GRANTEE(S)**

Emergency Physician Consultants, Inc

By: _[signature]_

Renita Barringer, Authorized Representative

State of Missouri )
                  )SS.
County Of City of St Louis )

On this 16th day of March, 2023, before me the undersigned notary, personally appeared **Renita Barringer,** who proved to me through identification documents which was a **Passport / Driver's License/ State ID** or _____, to me personally known, who did say, that **Renita Barringer** is the **Authorized Representative** of **Emergency Physician Consultants, Inc,** a corporation of the State of Delaware, and that said instrument was signed in behalf of said corporation, by authority of its Board of Directors; and said Authorized Representative acknowledged said instrument to be the free act and deed of said corporation.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed my official seal in the COUNTY and STATE aforesaid, the day and year first above written.

_[signature]_
Notary Public
MY TERM EXPIRES: 12-08-2023

KIMBERLY WUELLING
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: December 08, 2023
Commission Number: 15992480