

# State of Missouri
**Jason Kander, Secretary of State**

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

LC1396760
Date Filed: 3/10/2015
Jason Kander
Missouri Secretary of State

## Statement of Change of Registered Agent and/or Registered Office
### By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

**Instructions**
1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent.
2. There is a $10.00 fee for filing this statement.
3. PO Box may only be used in conjunction with a physical street address.
4. Agent and address must be in the State of Missouri.
5. The corporation may not act as its own agent.

Charter #: LC1396760

1. The name of the business entity is: **Sphere Medical Group LLC**

2. The address, including street and number, of its present registered office (before change) is:
**916 Olive Street, Saint Louis, MO 63101**
Address / City/State/Zip

3. The address, including street and number, of its registered office is hereby changed to:
**7751 Carondelet Avenue, Suite 204, Clayton, MO 63105**
Address (PO Box may only be used in conjunction with a physical street address) / City/State/Zip

4. The name of its present registered agent (before change) is: **Sonny Saggar**

5. The name of the new registered agent is: **Creighton Cohn**

Authorized signature of new registered agent must appear below:

*(May attach separate originally executed written consent to this form in lieu of this signature)*

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.
7. The change was duly authorized by the business entity named above.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

Authorized signature of officer, member, manager or, if applicable, chairman of the board
Title: **CEO**

Printed Name: **Sonny Saggar**
Date: 2/19/15

Name and address to return filed document:
Name: **Creighton Cohn**
Address: **7751 Carondelet Ave., Ste 204**
City, State, and Zip Code: **Clayton, MO 63105**

ORI-03122015-0584 State of Missouri
No of Pages 1 Page

Change Agent/Address

Corp. 59 (12/2010)

**GOVERNMENT EXHIBIT 7**