

# State of Missouri
### Robin Carnahan, Secretary of State

File Number: 200705590002
LC0798577
Date Filed: 02/24/2007
Robin Carnahan
Secretary of State

## Articles of Organization

1. The name of the limited liability company is:

   **SAGGAR HOLDINGS LLC**

2. The purpose(s) for which the limited liability company is organized:

   **The transaction of any lawful business for which a limited liability company may be organized under the Missouri Limited Liability Company Act, Chapter 347 RSMo.**

3. The name and address of the limited liability company's registered agent in Missouri is:

   **Saggar, Sonny S**                    **17405 Bridle Trails West, Wildwood MO 63038**
   *Name*                                  *Address*

4. The management of the limited liability company is:      ☐ Manager      ☒ Member

5. The duration (period of existence) for this limited liability company is:

   **Perpetual**

6. The name(s) and street address(es) of each organizer:

   **SONNY SAGGAR, 17405 BRIDLE TRAIL WEST, WILDWOOD MO 63038**

**In Affirmation thereof, the facts stated above are true and correct:**

(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

**SONNY SAGGAR**
*(Organizer Name)*

**GOVERNMENT EXHIBIT 8**

# State of Missouri



## Robin Carnahan
## Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

*SAGGAR HOLDINGS LLC*
*LC0798577*

filed its Articles of Organization with this office on the February 24, 2007, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the February 24, 2007, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the February 24, 2007.



_____
Secretary of State