STLOUIS-MO✦GOV

# Address & Property Search

Your search for **916 OLIVE ST ST LOUIS MO 63101** | New Search

## Basic Info

| | |
|---|---|
| Primary address | 916 OLIVE ST ST LOUIS MO 63101 |
| Owner name | SAGGAR HOLDINGS LLC C/O EMERGENCY PHYSICIAN CONSULTANTS INC (EPCI) |
| Parcel ID | 0274-9-021.002 |
| Collector of Revenue account | 0274-00-00220 |
| Neighborhood | 35 - Downtown |
| Ward/Precinct | Ward 14, Precinct 3 |
| Property Class | COMMERCIAL |
| Tax Abatement | This property is not abated |
| Property description<br><br>Not meant for use in recorded legal documents | C.B. 074 OLIVE ST, 916 OLIVE CONDO, UNIT 2 |

## Real Estate and Property Information

Data provided by Assessor's Office

## Property Information

| | |
|---|---|
| Owner name: | SAGGAR HOLDINGS LLC C/O EMERGENCY PHYSICIAN CONSULTANTS INC (EPCI) |
| Owner mailing address: | 8 THE GREEN STE A<br>DOVER, DE 19901 |
| Property address | 916 OLIVE ST ST LOUIS MO 63101 |
| Zip code | 63101 |
| Parcel ID | 0274-9-021.002 |
| Collector of Revenue account | 0274-00-00220 |
| Year built | N/A |

## Images







## Parcel Information

| Condominium Number of units | n/a |
| --- | --- |
| Frontage | 0.00 feet |
| Land area | 1.00 |
| Property description  Not meant for use in recorded legal documents | C.B. 074 OLIVE ST, 916 OLIVE CONDO, UNIT 2 |

## Land Use Information

| Property use | Commercial |
| --- | --- |
| Property class | COMMERCIAL |
| Zoning | I - Central Business District |
| Redevelopment code | 319 (about this code) |
| Vacant lot | No |
| Deed records: | Search Recorder of Deeds data [mostlouiscity.fidlar.com] |

The assessed value reflects the parcel/property as it existed on January 1 of the appropriate assessment year. Any changes made to the parcel/property after January 1st will be reflected after the next reassessment of the property.

## Assessment Information

### Current 2023 Assessed Values

Commercial Assessed Values

| Commercial Land | $0.00 |
| --- | --- |
| Commercial improvements | $13,000.00 |
| Assessed total | $13,000.00 |
| Appraised total | $40,800.00 |

### Prior 2022 Assessed Values

Commercial Assessed Values

| Commercial Land | $0.00 |
| --- | --- |
| Commercial improvements | $13,000.00 |
| Assessed total | $13,000.00 |
| Appraised total | $40,800.00 |

## Sales History

| Sales date | Sales Price | Transaction Type |
| --- | --- | --- |

No records found

## Real Estate Tax Summary

Data provided by Collector of Revenue

Collector of Revenue Account Number: 0274-00-00220

Payment history for each of the most recent 3 years.

| Tax Year | Total Original Tax | Total Balance | Action |
|---|---|---|---|
| 2023 | $1,255.86 | $1,255.86 | |
| 2022 | $1,308.61 | $0.00 | |
| 2021 | $1,307.09 | $0.00 | |

For **Total Amount Due** please contact the Collector of Revenue Office (314) 622-4108 or Fax (314) 589-6731

## Disclaimer

The information on this site is updated weekly, and may not show the most current balance. Please note that due to statutory regulations and some time-sensitive cases, not all accounts can be paid using the online payment system. We apologize for this inconvenience. If you have any additional questions or concerns, please contact the Real-Estate department at (314) 622-4106.

## Building Permit Records

No records found.

Data provided by Building Permits Section

# Boundaries and Geography

## Maps

Data provided by the Planning & Urban Design Agency



View larger map [stlcity.maps.arcgis.com]

## Zoning Map: true Central Business District



[View larger map](#) [stlcity.maps.arcgis.com]

**Zoning Key**

- A. Single Family Residential
- B. Two Family Residential
- C. Multi Family Residential
- D. Multi Family Residential
- E. Multi Family Residential
- F. Neighborhood Commercial
- G. Local Commercial
- H. Area Commercial
- I. Central Business
- J. Industrial
- K. Unrestricted
- L. Jefferson National Memorial

## Plat Map

View a digital plat map of this property

## Geographic Boundaries

| | |
|---|---|
| City block number | 274.00 |
| Neighborhood | 35 - Downtown |
| Ward/Precinct | Ward 14, Precinct 3 |
| Census tract | 1256.00 |
| Census block | 3016 |
| Assessment neighborhood | C261 |
| Housing conservation dist. | Your Address is in Housing Conservation District Number 59. (What Are the Requirements for Housing Conservation Districts?) |

| Zoning | - Central Business District |
|---|---|

## Economic Development Areas

| TIF district number | No |
|---|---|
| Enterprise Zone | Yes |
| HUBZone | No (More Info [www.sba.gov]) |
| HUD qualifying census tract (2022) | No (More Info [www.huduser.gov]) |
| Community needs grant | No (See Ordinance 71504) |
| Midtown redevelopment | No |
| Special business district | Downtown CID |

# Trash and Maintenance

**Service notice:**

Trash collection is on schedule.

Alley recycling has resumed as **normal**. Learn more.

Data provided by Streets Department

## Refuse Schedule

### Roll Out Carts

Showing regular schedules below. View Holiday Schedule.

**Trash:** Tuesday

**Recycling:** Friday

**Yard waste:** Wednesday
Yard Waste collection is discontinued in the middle of December and resumes in the middle of March.

**Large bulk items:** Week of the 2nd Monday of the month

### Alley Dumpsters

**Trash:** At least once per week

**Recycling:** At least once per week (learn more)

**Yard waste:** Friday
Yard Waste collection is discontinued in the middle of December and resumes in the middle of March.

Large bulk items: Week of the 2nd Monday of the month

## Seasonal Cleanup

### Forestry Cutting Schedule

This property is not on the cut schedule.

### Operation Brightside

**OB Region:** Region 2 North

### Snow Route

View snow route map

New Search