**In the**
# CIRCUIT COURT
**of St. Louis County, Missouri**

Page 1 of 2

Plaintiff(s): Sassar

vs.

Defendant(s): Sassar

v.

EPC Inc.

Date: 11/28/23

Case Number: 23SL-DR00394

Division: 34

FILED
NOV 29 2023
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## Judgment/Order

EPCI's Motion to Clarify or Amend, Wife's Motion to Enforce Rule 68.3 called and heard. The property owned by EPCI, including 217 N. 10th Street St. Louis, Mo 63101 is covered under Rule 68.3 and subject to the provisions of the Consent Order dated Aug 25, 2023. However, if the District Court determines it is appropriate for Husband to travel to London, pursuant to its guidelines, rules and discretion, then Wife will agree 217 N. 10th Street St. Louis Mo may be excluded from Rule 68.3 and the 8/25/23 consent order temporarily for the sole and limited purpose of a temporary bond for this limited travel. If for any reason the property is not released from the District Court Wife shall be awarded as her sole and exclusive property as a division of the marital property 2785 Kehrs Mill Rd. St. Louis, Mo 63017, 217 N. 2nd St. Louis 63102 and 3534 Washington Ave. St. Louis, Mo 63103, not subject to reallocation.

\* see page 2

SO ORDERED

Attorney: [signature]   Bar No. 41601

Address: [signature]  73660

Phone No.                    Fax No.

Judge: _____

ENTERED: _____ (Date)

Attorney _____ Bar No. _____

Address _____

Phone No. _____ Fax No. _____

CCOPR47-WS Rev. 02/14

**GOVERNMENT EXHIBIT 14**

Page 2 of 2

**In the**
**CIRCUIT COURT**
**of St. Louis County, Missouri**

Plaintiff(s): Jassar

vs.

Defendant(s): Jassar
EPC I

Date: 11/28/23
Case Number: 23SL-DR0394
Division: 34

FILED
NOV 29 2023
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Monica shall submit to a deposition pursuant to the previous orders as to appearance virtually and notice. The date shall be mutually agreed upon between Monica's lawyer and W/js attorney but in all events shall occur within 60 days.

This order shall not be deemed a consent or agreement from W/f, as to husband travel, as this issue is within the sole discretion of the District Court.

* 913 Locust St Louis 63101
  923 Locust St Louis 63101
  1100 Olive St Louis 63101

**SO ORDERED**

Judge: [signature]
ENTERED: 11/29/23

Attorney: Max S. Moore #50816     Bar No.
Address: [illegible] 41607
Phone No.: 314-727-5533     Fax No.
Attorney: [signature]     Bar No. 43660
Address:
Phone No.     Fax No.

CCOPR47-WS  Rev. 02/14