# GOVERNMENT'S EXHIBIT 15

# FILED UNDER SEAL