Produced by Tranfer EPCI

4:13 PM
09/20/23
Accrual Basis

# EPCI Property Management
## General Ledger
### As of September 20, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 01/04/2023 | | | Air BnB | PHETKTLR5... | Rental Income | 16,492.52 | | 598,368.48 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 2,524.99 | 595,843.49 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,387.08 | 594,456.41 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,141.45 | 593,314.96 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 2,621.30 | 590,693.66 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,364.68 | 589,328.98 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,129.18 | 588,199.80 |
| Deposit | 01/04/2023 | | | Azibo | AZIBO   AZI... | Rental Income | 1,262.00 | | 589,461.80 |
| Check | 01/04/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,021.78 | 588,440.02 |
| Check | 01/05/2023 | | | Simmons Bank | ACCOUNT A... | Bank Service C... | | 25.00 | 588,415.02 |
| General Journal | 01/09/2023 | | | | BILL 01/09/23... | Bill.com Money... | | 1,759.63 | 586,655.39 |
| Deposit | 01/09/2023 | | | Azibo | AZIBO   AZI... | Rental Income | 833.33 | | 587,488.72 |
| Deposit | 01/10/2023 | | | Azibo | AZIBO   AZI... | Rental Income | 5,983.71 | | 593,472.43 |
| Check | 01/13/2023 | ACH | | FCB Bank | | -SPLIT- | | 3,961.00 | 589,511.43 |
| Check | 01/17/2023 | | | | BILLING   BI... | Bank Service C... | | 85.51 | 589,425.92 |
| Deposit | 01/18/2023 | | | Air BnB | MQ2TAN6626... | Rental Income | 1,939.03 | | 591,364.95 |
| Deposit | 01/18/2023 | | | Air BnB | QNEQYQ5D... | Rental Income | 5,392.23 | | 596,757.18 |
| Deposit | 01/18/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 646,757.18 |
| Deposit | 01/19/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 696,757.18 |
| Check | 01/19/2023 | ACH | | FCB Bank | Memo:BILL P... | -SPLIT- | | 15,842.00 | 680,915.18 |
| Check | 01/19/2023 | ACH | | FCB Bank | Memo:BILL P... | -SPLIT- | | 3,312.00 | 677,603.18 |
| Check | 01/23/2023 | | | Chase | EPAY    CH... | Repairs & Main... | | 398.00 | 677,205.18 |
| Deposit | 01/24/2023 | | | Air BnB | 3ZQSMPQYK... | Rental Income | 1,194.23 | | 678,399.41 |
| Deposit | 01/24/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 728,399.41 |
| Deposit | 01/24/2023 | | | Scott Credit Union | BANKTEL   S... | Rental Income | 500.00 | | 728,899.41 |
| Deposit | 01/24/2023 | | | Scott Credit Union | BANKTEL   S... | Rental Income | 500.00 | | 729,399.41 |
| Deposit | 01/24/2023 | | | Scott Credit Union | BANKTEL   S... | Rental Income | 500.00 | | 729,899.41 |
| Deposit | 01/25/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 779,899.41 |
| General Journal | 01/26/2023 | | | | BILL 01/26/23... | Bill.com Money... | | 22,011.19 | 757,888.22 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,887.33 | 756,000.89 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,139.95 | 754,860.94 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 7,886.40 | 746,974.54 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 906.55 | 746,067.99 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,170.53 | 744,897.46 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,523.29 | 743,374.17 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 2,337.49 | 741,036.68 |
| Check | 01/26/2023 | | | Ameren | AMERENMO ... | Utilities | | 2,929.80 | 738,106.88 |
| Deposit | 01/26/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 788,106.88 |
| Deposit | 01/26/2023 | | | | RELATIONSH... | Interest Income | 5.00 | | 788,111.88 |
| Check | 01/27/2023 | | | Ameren | UTIL.BILL  A... | Utilities | | 850.81 | 787,261.07 |
| Deposit | 01/27/2023 | | | Azibo | AZIBO   AZI... | Rental Income | 2,900.00 | | 790,161.07 |
| Deposit | 01/27/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 840,161.07 |
| Check | 01/27/2023 | | | Tran'sActions Accou... | EPCI    TRA... | Professional F... | | 1,000.00 | 839,161.07 |
| Deposit | 01/30/2023 | | | Amazon | PAYMENTS  ... | Medical Supplies | 7.01 | | 839,168.08 |
| Check | 01/30/2023 | | | Ameren | UTIL.BILL  A... | Utilities | | 238.39 | 838,929.69 |
| Check | 01/30/2023 | | | Ameren | UTIL PAY   A... | Utilities | | 602.34 | 838,327.35 |
| Deposit | 01/30/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 888,327.35 |
| Deposit | 01/31/2023 | | | Air BnB | N3KVZYGQX... | Rental Income | 3,930.44 | | 892,257.79 |
| Deposit | 01/31/2023 | | | | CREDITS   R... | Capital Stock | 50,000.00 | | 942,257.79 |

4:13 PM  
09/20/23  
Accrual Basis

# EPCI Property Management
## General Ledger
### As of September 20, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| Check | 01/31/2023 | | | Spectrum | SPECTRUM ... | Computer and I... | | 84.99 | 942,172.80 |
| Deposit | 02/01/2023 | | | | CREDITS R... | Capital Stock | 50,000.00 | | 992,172.80 |
| Deposit | 02/01/2023 | | | STL Fencing Club | RENT ST.... | Rental Income | 1,000.00 | | 993,172.80 |
| General Journal | 02/02/2023 | | | | BILL 02/02/23... | Bill.com Money... | | 1,350.00 | 991,822.80 |
| Check | 02/02/2023 | | | Charrette Creative | WEB PMTS ... | HOA Fee | | 1,698.23 | 990,124.57 |
| Deposit | 02/02/2023 | | | | CREDITS R... | Capital Stock | 44,606.67 | | 1,034,731.24 |
| Deposit | 02/03/2023 | | | Air BnB | WF25ZHGSQ... | Rental Income | 2,675.30 | | 1,037,406.54 |
| Deposit | 02/03/2023 | | | Azibo | AZIBO AZI... | Rental Income | 1,262.00 | | 1,038,668.54 |
| Deposit | 02/03/2023 | | | Air BnB | WF25ZHGSQ... | Rental Income | 2,846.95 | | 1,041,515.49 |
| Deposit | 02/03/2023 | | | | CREDITS R... | Capital Stock | 50,000.00 | | 1,091,515.49 |
| Check | 02/06/2023 | | | Ameren | UTIL PAY A... | Utilities | | 830.76 | 1,090,684.73 |
| Check | 02/06/2023 | | | Simmons Bank | ACCOUNT A... | Bank Service C... | | 15.00 | 1,090,669.73 |
| Deposit | 02/07/2023 | | | Azibo | AZIBO AZI... | Rental Income | 5,983.71 | | 1,096,653.44 |
| Deposit | 02/07/2023 | | | Scott Credit Union | BANKTEL S... | Rental Income | 500.00 | | 1,097,153.44 |
| General Journal | 02/09/2023 | | | | BILL 02/09/23... | Bill.com Money... | | 6,514.12 | 1,090,639.32 |
| Deposit | 02/13/2023 | | | STL Mindful | CASHOUT ... | Rental Income | 2,999.00 | | 1,093,638.32 |
| Deposit | 02/13/2023 | | | STL Mindful | CASHOUT ... | Rental Income | 2,999.00 | | 1,096,637.32 |
| Deposit | 02/13/2023 | | | STL Mindful | CASHOUT ... | Rental Income | 2,999.00 | | 1,099,636.32 |
| Deposit | 02/15/2023 | | | Azibo | AZIBO AZI... | Rental Income | 833.33 | | 1,100,469.65 |
| General Journal | 02/16/2023 | | | | BILL 02/16/23... | Bill.com Money... | | 43,924.75 | 1,056,544.90 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 166.08 | 1,056,378.82 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,059.03 | 1,055,319.79 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 2,565.64 | 1,052,754.15 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 548.08 | 1,052,206.07 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 2,000.24 | 1,050,205.83 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,604.69 | 1,048,601.14 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 515.35 | 1,048,085.79 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 1,051.09 | 1,047,034.70 |
| Deposit | 02/16/2023 | | | Azibo | AZIBO AZI... | Rental Income | 7,583.00 | | 1,054,617.70 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 1,866.88 | 1,052,750.82 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 548.08 | 1,052,202.74 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 76.87 | 1,052,125.87 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 3,367.58 | 1,048,758.29 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 75.87 | 1,048,682.42 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 515.35 | 1,048,167.07 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 2,540.96 | 1,045,626.11 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 470.26 | 1,045,155.85 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 367.48 | 1,044,788.37 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 37.43 | 1,044,750.94 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 2,676.70 | 1,042,074.24 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 2,676.70 | 1,039,397.54 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 1,848.95 | 1,037,548.59 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 1,604.69 | 1,035,943.90 |
| Check | 02/16/2023 | | | Ameren | UTIL PAY A... | Utilities | | 367.48 | 1,035,576.42 |
| Check | 02/16/2023 | | | Ameren | AMERENMO ... | Utilities | | 470.26 | 1,035,106.16 |
| General Journal | 02/17/2023 | | | | BILL 02/17/23... | Bill.com Money... | 10,000.00 | | 1,045,106.16 |
| Deposit | 02/21/2023 | | | VRBO | PAYMENT ... | Rental Income | 4,569.54 | | 1,049,675.70 |
| Check | 02/21/2023 | ACH | | FCB Bank | Memo:BILL P... | -SPLIT- | | 15,842.00 | 1,033,833.70 |
| Check | 02/21/2023 | ACH | | FCB Bank | Memo:BILL P... | -SPLIT- | | 3,312.00 | 1,030,521.70 |

Page 20

2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4:13 PM | | | | **EPCI Property Management** | | | | |
| 09/20/23 | | | | **General Ledger** | | | | |
| Accrual Basis | | | | As of September 20, 2023 | | | | |

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 02/21/2023 | | | Chase | EPAY    CH... | Repairs & Main... | | 39.57 | 1,030,482.13 |
| Check | 02/21/2023 | | | Chase | EPAY    CH... | Repairs & Main... | | 813.68 | 1,029,668.45 |
| Check | 02/21/2023 | | | Booking.com | PAYMENT    ... | Travel Expense | | 304.81 | 1,029,363.64 |
| Deposit | 02/22/2023 | | | Air BnB | FISVVKG3NN... | Rental Income | 10,050.17 | | 1,039,413.81 |
| Deposit | 02/23/2023 | | | Azibo | AZIBO    AZI... | Rental Income | 7,583.00 | | 1,046,996.81 |
| Check | 02/23/2023 | | | Ameren | UTIL PAY  A... | Utilities | | 319.85 | 1,046,676.96 |
| Check | 02/24/2023 | | | | DBT CRD 173... | Travel Expense | | 676.65 | 1,046,000.31 |
| Check | 02/24/2023 | | | Chase | EPAY    CH... | Repairs & Main... | | 133.18 | 1,045,867.13 |
| General Journal | 02/27/2023 | | | | BILL 02/27/23... | Bill.com Money... | | 550.00 | 1,045,317.13 |
| Check | 02/27/2023 | | | Ameren | UTIL.BILL  A... | Utilities | | 740.93 | 1,044,576.20 |
| Check | 02/27/2023 | | | Tran'sActions Accou... | EPCI    TRA... | Professional F... | | 1,000.00 | 1,043,576.20 |
| Check | 02/28/2023 | | | Ameren | UTIL PAY  A... | Utilities | | 33.63 | 1,043,542.57 |
| Deposit | 02/28/2023 | | | Amazon | AMAZON AU... | Medical Supplies | 3.54 | | 1,043,546.11 |
| Check | 02/28/2023 | | | Ameren | UTIL.BILL  A... | Utilities | | 222.42 | 1,043,323.69 |
| Check | 02/28/2023 | ACH | | FCB Bank | | -SPLIT- | | 3,961.00 | 1,039,362.69 |
| Deposit | 02/28/2023 | | | | RELATIONSH... | Interest Income | 5.00 | | 1,039,367.69 |
| General Journal | 03/01/2023 | | | | BILL 03/01/23... | Bill.com Money... | | 100,228.92 | 939,138.77 |
| General Journal | 03/23/2023 | | | | BILL 03/23/23... | Bill.com Money... | 7,504.67 | | 946,643.44 |
| General Journal | 03/23/2023 | | | | BILL 03/23/23... | Bill.com Money... | | 4,654.33 | 941,989.11 |
| General Journal | 03/27/2023 | | | | BILL 03/27/23... | Bill.com Money... | | 8,054.67 | 933,934.44 |
| General Journal | 03/31/2023 | | | | BILL 03/31/23... | Bill.com Money... | | 2,259.33 | 931,675.11 |
| General Journal | 04/04/2023 | | | | BILL 04/04/23... | Bill.com Money... | | 4,732.68 | 926,942.43 |
| General Journal | 04/21/2023 | | | | BILL 04/21/23... | Bill.com Money... | | 33,449.01 | 893,493.42 |
| General Journal | 05/12/2023 | | | | BILL 05/12/23... | Bill.com Money... | | 624.37 | 892,869.05 |
| General Journal | 05/22/2023 | | | | BILL 05/22/23... | Bill.com Money... | | 32,671.40 | 860,197.65 |
| General Journal | 06/07/2023 | | | | BILL 06/07/23... | Bill.com Money... | | 550.00 | 859,647.65 |
| General Journal | 06/13/2023 | | | | BILL 06/13/23... | Bill.com Money... | | 2,725.21 | 856,922.44 |
| General Journal | 06/20/2023 | | | | BILL 06/20/23... | Bill.com Money... | | 873.97 | 856,048.47 |
| General Journal | 06/23/2023 | | | | BILL 06/23/23... | Bill.com Money... | | 6,483.65 | 849,564.82 |
| General Journal | 06/26/2023 | | | | BILL 06/26/23... | Bill.com Money... | | 9,450.00 | 840,114.82 |
| General Journal | 06/28/2023 | | | | BILL 06/28/23... | Bill.com Money... | | 5,313.28 | 834,801.54 |
| General Journal | 06/28/2023 | | | | BILL 06/28/23... | Bill.com Money... | 7,504.67 | | 842,306.21 |
| General Journal | 06/29/2023 | | | | BILL 06/29/23... | Bill.com Money... | | 9,972.00 | 832,334.21 |
| General Journal | 07/11/2023 | | | | BILL 07/11/23... | Bill.com Money... | | 2,490.82 | 829,843.39 |
| General Journal | 07/13/2023 | | | | BILL 07/13/23... | Bill.com Money... | | 183.00 | 829,660.39 |
| General Journal | 07/14/2023 | | | | BILL 07/14/23... | Bill.com Money... | | 5,000.00 | 824,660.39 |
| General Journal | 07/25/2023 | | | | BILL 07/25/23... | Bill.com Money... | | 12,432.53 | 812,227.86 |
| General Journal | 08/02/2023 | | | | BILL 08/02/23... | Bill.com Money... | | 2,783.97 | 809,443.89 |
| General Journal | 08/08/2023 | | | | BILL 08/08/23... | Bill.com Money... | | 15,985.90 | 793,457.99 |
| General Journal | 09/06/2023 | | | | BILL 09/06/23... | Bill.com Money... | | 4,941.65 | 788,516.34 |
| General Journal | 09/11/2023 | | | | BILL 09/11/23... | Bill.com Money... | 674.17 | | 789,190.51 |
| General Journal | 09/12/2023 | | | | BILL 09/12/23... | Bill.com Money... | | 674.17 | 788,516.34 |
| **Total Simmons Bank - 3963** | | | | | | | **2,366,009.32** | **1,577,492.98** | **788,516.34** |

4:13 PM
09/20/23
Accrual Basis

# EPCI Property Management
## General Ledger
### As of September 20, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Due To/From - HDD** | | | | | | | | | 0.00 |
| Check | 08/15/2022 | | | | CHECK | Simmons Bank... | 34,502.00 | | 34,502.00 |
| Deposit | 08/22/2022 | | | | Deposit | Simmons Bank... | | 34,502.00 | 0.00 |
| Check | 09/14/2022 | ACH | | HDD Solutions | | Simmons Bank... | 55,000.00 | | 55,000.00 |
| Deposit | 11/07/2022 | | | HDD Solutions | WIRE TRANS... | Simmons Bank... | | 55,000.00 | 0.00 |
| Total Due To/From - HDD | | | | | | | 89,502.00 | 89,502.00 | 0.00 |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| **Property Inventory** | | | | | | | | | 1,791,565.00 |
| **1100 Olive** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | -SPLIT- | 90,000.00 | | 90,000.00 |
| Total 1100 Olive | | | | | | | 90,000.00 | 0.00 | 90,000.00 |
| **1108 Olive** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 111,104.20 | | 111,104.20 |
| Bill | 10/09/2022 | EPCI1... | | Premier Timber and ... | | Accounts Paya... | 12,742.00 | | 123,846.20 |
| Total 1108 Olive | | | | | | | 123,846.20 | 0.00 | 123,846.20 |
| **1423 Hodiamont Ave** | | | | | | | | | 299,000.00 |
| Total 1423 Hodiamont Ave | | | | | | | | | 299,000.00 |
| **1423 Locust Ave** | | | | | | | | | 729,263.00 |
| Total 1423 Locust Ave | | | | | | | | | 729,263.00 |
| **1710 - 1714 Olive St** | | | | | | | | | 263,567.00 |
| Total 1710 - 1714 Olive St | | | | | | | | | 263,567.00 |
| **2021 Johnson** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 150,775.00 | | 150,775.00 |
| Total 2021 Johnson | | | | | | | 150,775.00 | 0.00 | 150,775.00 |
| **2201 Locust** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 600,000.00 | | 600,000.00 |
| Total 2201 Locust | | | | | | | 600,000.00 | 0.00 | 600,000.00 |
| **2785 Kehrs Mill Rd** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 195,000.00 | | 195,000.00 |
| Total 2785 Kehrs Mill Rd | | | | | | | 195,000.00 | 0.00 | 195,000.00 |

4:13 PM
09/20/23
Accrual Basis

# EPCI Property Management
## General Ledger
### As of September 20, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **3413 Mississippi** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 75,270.00 | | 75,270.00 |
| Total 3413 Mississippi | | | | | | | 75,270.00 | 0.00 | 75,270.00 |
| **3534 Washington Blvd** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 1,273,001.65 | | 1,273,001.65 |
| Total 3534 Washington Blvd | | | | | | | 1,273,001.65 | 0.00 | 1,273,001.65 |
| **507 N 13th St - Unit 301** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 70,000.00 | | 70,000.00 |
| Total 507 N 13th St - Unit 301 | | | | | | | 70,000.00 | 0.00 | 70,000.00 |
| **5867-77 MLK Ave** | | | | | | | | | 116,482.00 |
| Total 5867-77 MLK Ave | | | | | | | | | 116,482.00 |
| **711 N 13th St** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 400,000.00 | | 400,000.00 |
| Total 711 N 13th St | | | | | | | 400,000.00 | 0.00 | 400,000.00 |
| **7400 Michigan Ave** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 93,684.88 | | 93,684.88 |
| Total 7400 Michigan Ave | | | | | | | 93,684.88 | 0.00 | 93,684.88 |
| **76 Hilltop Village Center** | | | | | | | | | 383,253.00 |
| Total 76 Hilltop Village Center | | | | | | | | | 383,253.00 |
| **774 Hodiamont** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 76,000.00 | | 76,000.00 |
| Total 774 Hodiamont | | | | | | | 76,000.00 | 0.00 | 76,000.00 |
| **807-809 N 2nd St** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 500,000.00 | | 500,000.00 |
| Total 807-809 N 2nd St | | | | | | | 500,000.00 | 0.00 | 500,000.00 |
| **913 Locust** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 67,722.50 | | 67,722.50 |
| Total 913 Locust | | | | | | | 67,722.50 | 0.00 | 67,722.50 |

4:13 PM
09/20/23
Accrual Basis

# EPCI Property Management
# General Ledger
## As of September 20, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **916 Olive** | | | | | | | | | 0.00 |
| Check | 05/05/2022 | | | Saggar Family | WIRE TRANS... | Simmons Bank... | 277,039.58 | | 277,039.58 |
| General Journal | 08/22/2022 | | * | | | Retained Earni... | 1,722,960.42 | | 2,000,000.00 |
| General Journal | 12/31/2022 | | * | | Repairs & Imp... | Rental Income | 402,962.43 | | 2,402,962.43 |
| Bill | 06/11/2023 | 41716... | | Small Business Adm... | | Accounts Paya... | 4,386.00 | | 2,407,348.43 |
| Total 916 Olive | | | | | | | 2,407,348.43 | 0.00 | 2,407,348.43 |
| **923 Locust** | | | | | | | | | 0.00 |
| General Journal | 05/01/2022 | | | | | 1100 Olive | 67,722.50 | | 67,722.50 |
| Total 923 Locust | | | | | | | 67,722.50 | 0.00 | 67,722.50 |
| **Property Inventory - Other** | | | | | | | | | 0.00 |
| Total Property Inventory - Other | | | | | | | | | 0.00 |
| Total Property Inventory | | | | | | | 6,190,371.16 | 0.00 | 7,981,936.16 |
| **Accounts Payable** | | | | | | | | | 0.00 |
| Bill | 07/12/2022 | 1329 | | Nader Services | | Repairs & Main... | | 3,250.00 | -3,250.00 |
| Bill | 08/07/2022 | 5131 | | Covenant Maintenan... | | Repairs & Main... | | 75.54 | -3,325.54 |
| Bill | 08/07/2022 | 5130 | | Covenant Maintenan... | | Repairs & Main... | | 75.00 | -3,400.54 |
| Bill | 08/09/2022 | FOR2... | | City of St. Louis For... | | Landscaping & ... | | 67.11 | -3,467.65 |
| Bill | 08/15/2022 | 939 | | Kuhio Banyan Club | | Travel Expense | | 1,486.00 | -4,953.65 |
| Bill | 08/16/2022 | 31424... | | AT&T | | Telephone Exp... | | 343.71 | -5,297.36 |
| Bill | 08/18/2022 | 52629 | | Icon Window Cleaning | | Repairs & Main... | | 13.00 | -5,310.36 |
| Bill | 08/18/2022 | 30005... | | CSU PRODUCER R... | | Insurance Exp... | | 25.00 | -5,335.36 |
| Bill | 08/23/2022 | 29829... | | Metropolitan St. Loui... | | Utilities | | 55.48 | -5,390.84 |
| Bill | 09/02/2022 | 87-78... | | Royce Realty Inc | | Landscaping & ... | | 200.00 | -5,590.84 |
| Bill | 09/06/2022 | 89809... | | Gregory FX Daly - C... | Water Bill | Utilities | | 353.81 | -5,944.65 |
| Bill | 09/11/2022 | 5135 | | Covenant Maintenan... | | Repairs & Main... | | 211.47 | -6,156.12 |
| Bill | 09/11/2022 | 5137 | | Covenant Maintenan... | | Repairs & Main... | | 200.00 | -6,356.12 |
| Bill | 09/11/2022 | 5132 | | Covenant Maintenan... | | Repairs & Main... | | 876.46 | -7,232.58 |
| Bill | 09/11/2022 | 5133 | | Covenant Maintenan... | | Repairs & Main... | | 87.50 | -7,320.08 |
| Bill | 09/11/2022 | 5136 | | Covenant Maintenan... | | Repairs & Main... | | 2,520.86 | -9,840.94 |
| Bill | 09/11/2022 | 5134 | | Covenant Maintenan... | | Repairs & Main... | | 337.84 | -10,178.78 |
| Bill | 09/11/2022 | 5138 | | Covenant Maintenan... | | Repairs & Main... | | 2,200.69 | -12,379.47 |
| Bill | 09/13/2022 | 1025-... | | Illinois American Wa... | | Utilities | | 152.75 | -12,532.22 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 211.47 | | -12,320.75 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Royce Realty Inc | https://app02.... | Bill.com Money... | 200.00 | | -12,120.75 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | City of St. Louis For... | https://app02.... | Bill.com Money... | 67.11 | | -12,053.64 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 75.54 | | -11,978.10 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 200.00 | | -11,778.10 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 876.46 | | -10,901.64 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 87.50 | | -10,814.14 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 75.00 | | -10,739.14 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 2,520.86 | | -8,218.28 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 337.84 | | -7,880.44 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Illinois American Wa... | https://app02.... | Bill.com Money... | 152.75 | | -7,727.69 |
| Bill Pmt -Check | 09/15/2022 | Bill.com | | Covenant Maintenan... | https://app02.... | Bill.com Money... | 2,200.69 | | -5,527.00 |