UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 23CR380 |
| vs. | ) |
| | ) |
| SONNY SAGGAR, M.D., et al. | ) |
| | ) |
| Defendant. | ) |

**DEFFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF HIS OBJECTIONS
TO THE REPORT AND RECOMMENDATIONS**

**COMES NOW** Defendant, Sonny Saggar, M.D., through undersigned counsel, requests an extension of seven (7) days from January 26, 2024, to file a reply in support of his objections (Doc 83 & 84) to the Report and Recommendation (Doc 80) as undersigned counsel entered his appearance on January 10, 2024, and needs additional time to determine the necessity of a reply. Assistant U.S. Attorney Amy E. Sestric has no objection to Defendant's motion.

Respectfully submitted,

By:   */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Cause No. 23CR380 |
| vs. | ) |
| SONNY SAGGAR, M.D., et al. | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, assistant United States attorney.

**Defendant's Motion for Extension of Time to File a Reply to his Objections to the Report and Recommendation**

Respectfully submitted:

By:   */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com