## 24/7 Urgent Care
AROUND THE CLOCK CARE

Patient Visit and Pricing          Schedule a 24/7 Virtual Visit

314-436-9300                        916 Olive St. Saint Louis, MO 63

M-F   10 am to 6 pm

WELCOME

# 24/7 Urgent Care

Our physical location's hours of operation are Monday through Friday, 10 am to 6 pm.  When our office is closed, you can schedule a Virtual Urgent Care Visit with one of our doctors

Stop By (10a to 6p)

Schedule a 24/7 Virtual Visit

Our Services



GOVERNMENT EXHIBIT

**1**



## 24/7 Urgent Care

Our team of dedicated clinicians are on standby round the clock to provide immediate medical assistance.



## Occupational Healthcare

We offer thorough occupational healthcare to ensure your work environment is safe and healthy.





## Telemedicine

Quality healthcare at the comfort of your home via our reliable telemedicine platform.





## Accessible Care

We are strategically located to serve both residents and visitors of the Saint Louis Metropolitan area.



Trusted 24/7 Urgent Care

In today's fast-paced world, health emergencies can happen anytime. That's why at 24/7 Urgent Care, we provide access to trained healthcare professionals 24 hours a day, seven days a week; ready to care for you or your family.

Don't let long waiting times at the hospital ER get in the way of your healing process. Our well-equipped facility is designed to handle non-emergency situations, and our experienced physicians are committed to ensuring you get the care you need without the wait. If our offices are closed, you can reach us virtually through our virtual visit, telemedicine option.

Start your journey to recovery with state-of-the-art medical care delivered to you in a comfortable environment, at a time that suits you.



Comprehensive Occupational Healthcare

At 24/7 Urgent Care, we believe a healthy workforce is fundamental for a successful business. That is why we offer comprehensive occupational healthcare services, including regular health monitoring, injury care, and illness prevention.

Our medical experts are highly-trained to diagnosis and treat an extensive range of work-related ailments. Whether it's managing a minor injury or conducting thorough health assessments, we've got your occupational health needs covered.

Promoting workplace safety is integral to our mission. Let us collaborate with your

## 24/7 Urgent Care in Downtown Saint Louis

We are a 24-HOUR urgent care facilities. Our mission is to provide residents of both St. Louis City and St. Louis County with 24/7 urgent care, occupational healthcare (work comp, work-related injuries), and telemedicine—which are truly affordable and accessible. Contact us at 314-436-9300 or visit us at 916 Olive Street, St. Louis, MO 63101

Schedule a 24/7
Virtual Visit



J. Michael

"This was hands down the best medical experience I ever had. All the staff were nice and professional. "

T. Lege

"I've been to this urgent care 3 times now. I trust them. I get a good feeling when I go there, I know I'm in good hands 👏🏾."

**1000+ Happy Patients**

About Our Care

24/7 Urgent Care, located in downtown St. Louis, is a health facility committed to offering round-the-clock urgent care, occupational healthcare, and telemedicine services. Our goal is to make affordable healthcare accessible to the residents and visitors of the St. Louis Metropolitan area



Our dedicated team is passionate about patient care. Every patient who visits our facility or consults with us online will experience our commitment to providing exceptional healthcare services.

Quality and convenience are not just epithets for us—they define our approach to medical care.



## Stop by

We are conveniently located in Downtown Saint Louis at

916 Olive St. Saint Louis, MO 63101



PARKING:  There is ample street parking at our location or there is a garage right across the street from our location and above the Culinaria / Schnucks.  If you have any trouble finding parking, please give us a call!

Contact

Hours

info@247uc.com

Monday — Friday
10 am — 6 pm

Office:  314-436-9300



24/7 Urgent Care

Virtual Visits open 24 hours, 7 days a week with offices seeing patients 10 a - 6 pm M-F