GOVERNMENT EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 4:23-CR-00380-SRC-PLC |
| v. | ) |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) |
| Defendants. | ) |

## AFFIDAVIT OF LAURA SAGGAR

I, Laura Saggar, declare:

1. I am the wife of Sonny Saggar, M.D. ("Dr. Saggar"). Dr. Saggar and I are currently going through a divorce and I have personal knowledge of the matters contained in this Affidavit.

2. I am aware that Dr. Saggar was indicted by a federal Grand Jury on July 26, 2023, and he was released on bond subject to certain conditions, including a curfew and GPS monitoring.

3. I am further aware that, on January 23, 2024, Dr. Saggar filed a motion requesting certain modifications of his bond conditions due to alleged issues relating to employment and that he "shares custody of his children with [me] and is responsible for picking them up and dropping them off at school and at [my] home in a shared schedule with [me]," and that "[h]is pick-up responsibilities regularly require him to pick up his children after his workday ends at 6:00 p.m."

4. There is no visitation order, or shared schedule, and Sonny Saggar does not drive any of our 3 children to or from school or to and from my home, at any time, including but not limited to after any alleged workday at 6:00 p.m.

5. Dr. Saggar and I have three children. Our oldest, A.S., has been attending college in United Kingdom since August of 2023. Our middle, H.S., is in High School and has a driver's

license and his own car and drives himself to and from school. S.S. is the youngest and in High School and rides with her brother, mother or neighbor.

6. Sonny Saggar does not provide transportation for our 3 children to or from school or any other location, for any reason at any time.

7. Sonny Saggar personally, and through his divorce lawyers, has represented in the divorce case that he is not working and that he cannot get a job because no one will hire him with an outstanding federal indictment.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this __2nd__ day of February, 2024.

_____
LAURA SAGGAR

SWORN TO AND SUBSCRIBED before me on the 2nd day of February, 2024.

_____
Signature of Notary

```
JOLENE M. DIXON
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 16683525
My Commission Expires Oct 15, 2025
```