UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cr-00380-SRC-1 |
| ) | |
| SONNY SAGGAR, ) | |
| ) | |
| Defendant. ) | |

### Order Setting Sentencing

On February 19, 2025, at 2:30 p.m., the Court will hold a sentencing hearing in Courtroom 14-North.  This sentencing date is <u>firm</u>, and the Court will **not** continue it without a compelling reason.

If a party must seek a continuance, that party must file a motion as far in advance of sentencing as possible but no later than 10 days before the hearing, unless the grounds for the continuance could not have been known at that time.  Belated requests for continuances inconvenience numerous people, including witnesses, victims, court personnel, attorneys, and others, and hinder the Court's scheduling of other matters.  Failure to comply with this Order may result in denial of the motion.

In addition, the Court gives notice that in connection with sentencing, it may consider information provided by the United States Sentencing Commission, including its Judiciary Sentencing INformation (JSIN) data for the applicable guideline, total offense level, and criminal history category.  JSIN data is available at https://jsin.ussc.gov/analytics/saw.dll?Dashboard.

The Court orders the parties to review and comply with the undersigned's Judge's Requirements, located on the Eastern District of Missouri's court website. Failure to comply

with these requirements may result in the imposition of "sanction[s] or other disadvantage." *See* Fed. R. Crim. P. 57(b).

    So ordered this 16th day of August 2024.

                                                          STEPHEN R. CLARK
                                                          CHIEF UNITED STATES DISTRICT JUDGE