UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:23-CR-00380-SRC |
| | ) | |
| SONNY SAGGAR, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE TO THE PSR

Defendant Sonny Saggar, through Attorney William Marsh, provides notice that he accepts the Presentence Report (PSR) without making any legal objection. Should there be any factual issues that have no bearing on Dr. Saggar's guidelines range, he intends to resolve them informally with the Probation Office and Government.

Respectfully submitted,

/s/ William Marsh
William Marsh, #60906MO
1401 South Brentwood Boulevard, Suite 500
St. Louis, Missouri 63144
Phone: (314) 455-5555
Fax: (314) 727-2869
E-Mail: William.Marsh@KesslerWilliams.com

*Attorney for Defendant Sonny Saggar, M.D.*

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ William Marsh
William Marsh