UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-CR-00380-1 SRC |
| SONNY SAGGAR, M.D., | ) |
| Defendant. | ) |

**STATEMENT OF THE GOVERNMENT**
**REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Amy E. Sestric, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report that has been prepared as to defendant Sonny Saggar, M.D. (ECF No. 176).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 */s/ Amy E. Sestric*
AMY E. SESTRIC, #66219MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
amy.sestric@usdoj.gov
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        */s/ Amy E. Sestric*
                                        AMY E. SESTRIC, #66219MO
                                        Assistant United States Attorney