UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-00380-SRC-1 |
| SONNY SAGGAR, M.D.. | ) ) ) |
| Defendant. | ) |

**<u>NOTICE OF INTENT TO NOT CALL WITNESSES FOR SENTENCING HEARING</u>**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Amy E. Sestric, Assistant United States Attorney for said District, and gives notice that the Government does not intend to call any witnesses at the sentencing hearing of Sonny Saggar, M.D.

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney


        */s/ Amy E. Sestric*
        AMY E. SESTRIC, #66219MO
        Assistant United States Attorney
        111 S. 10th Street, Room 20.333
        St. Louis, Missouri 63l02
        amy.sestric@usdoj.gov
        (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                      */s/ Amy E. Sestric*
                                      AMY E. SESTRIC, #66219MO
                                      Assistant United States Attorney