UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23CR00380 SRC |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) ) ) ) |
| Defendants. | ) ) |

**GOVERNMENT'S ENTRY OF APPEARANCE FOR PURPOSES OF FORFEITURE**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and hereby enter their appearance as an attorney for the plaintiff, United States of America, with respect to forfeiture matters.

Dated:   February 12, 2025

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/ Kyle T. Bateman
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:   (314) 539-2200
Kyle.Bateman@usdoj.gov