UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23CR00380 SRC |
| SONNY SAGGAR, M.D., | ) ) ) |
| Defendant. | ) ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, Defendant Sonny Saggar, M.D. has pleaded guilty to Count I of an Indictment charging the offense of Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371;

WHEREAS, the Indictment also alleged the forfeiture of certain property as a result of the offense alleged in Count I;

WHEREAS, in the written Guilty Plea Agreement, Defendant agreed to the forfeiture of all property under the applicable statutes and the entry of a forfeiture money judgment equal to the amount restitution determined by this Court;

WHEREAS, because the Government has not identified specific property warranting forfeiture at this time, the Court may enter a Preliminary Order of Forfeiture describing the property to be forfeited in general terms pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C);

AND WHEREAS, pursuant to Rules 32.2(b)(6) and (c)(1), to the extent that the Preliminary Order of Forfeiture consists of a forfeiture money judgment and does not identify specific property to be forfeited, neither notice to third parties nor an ancillary proceeding is required;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(7):

    a. Any property, real or personal, constituting or derived, directly or indirectly, from gross proceeds traceable to the offense of Conspiracy to Defraud the United States.

2. That a forfeiture money judgment is entered against Defendant and in favor of the United States in the amount of $742,528.07, and that Defendant is directed to pay that amount.

3. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

4. That this Order will be amended under Federal Rule of Criminal Procedure 32.2(e) in the event that specific property warranting forfeiture is identified.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and Defendant's consent, this Order is now final as to Defendant, and shall be made part of the sentence and included in the judgment.

6. That this Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____, 2025.

                                                    _____
                                                    HONORABLE STEPHEN R. CLARK
                                                    UNITED STATES DISTRICT JUDGE