# FAX COVER SHEET

To: US/Dept. Of Justice /The Honorable Judge Stephen Clark, Sarah P.

Fax #: ~~___-___-9-9309~~

From: B~~ianca Jack~~

Phone number: ~~314-518-205~~

ATTN: Sarah P.

# of pages: 5   Date 1/30/25

Notes:

From: ███████████          ██████████935        01/30/2025 15:36        #668 P.002/006



1/2/2025

To The Honorable Judge Stephen Clark

Hello my name is B████████████ and I would like to take the opportunity to give my statement as a witness and victim of Dr Saggar's actions during his career as a physician. I first met Dr Saggar some years back in approximately 2017 (I'm not 100% sure of the year). I remember I visited him as my new primary care physician once I became employed with Nike and obtained United Healthcare insurance. Prior to becoming a patient of Dr Saggar's, I had never heard of him and was only going to his office because it was recommended through my company's insurance. I was excited to take advantage of Nikes benefits package which for me included long-term and short-term disability insurance through MetLife. I also had elected to receive the stock option that was fully matched by my investments. I also had enrolled in and fully matched my 401k and opted for life insurance and the legal services plan. Unfortunately for me, it all has been lost and it has adversely and significantly affected my life.

In July of 2023 just 2 months after getting my diagnosis of metastatic cancer I learned of Dr Saggar's indictment. I had just found out that I had highly Advanced cancer growing in my body as well as Lupus and other physical issues that I suspect were present during my time under Dr Saggar's care. I had done a Google search to try to see if I could locate him or his office to get my old records from him since I remember going to him and complaining about my hormones and the Very symptoms that were precursors to the hormone driven cancer that I am currently battling. I had visited Dr Saggar's office over the course of a few years during my employment with Nike and each time I visited him I saw different doctors. My initial visit with Dr Saggar was in his Creve Couer office and was the only time I can recall for sure that I ever saw him in his office. After the initial visit, I learned that he had another location closer to my home in downtown St Louis so I switched to the other office. (I wish I would have known at the time that this was considered an underserved area and was subject to less than qualified Physicians treating us patients.) I can remember specifically a time when I called to schedule an appointment and they told me to just come in. There was also another time I was instructed to book an appointment online or something of the

From: Ferguson Library                                        01/30/2025 15:36         #668 P.003/006

sort and I remember seeing other doctor's names but I was wanting to see Dr Saggar since it was his office and he was listed as my primary care physician. However, when I arrived to the office, there were different doctors treating me each time. At times I was unsure if I was being seen as a primary care patient or as an urgent care patient. Out of all of the times that I went to his office downtown, I never felt like I was getting adequate care. I visited his office a few times for the same thing (questioning hormones and bloodwork) including wanting to follow up and get an explanation of test results because I was trying to put a finger on what was ailing me. At the time of my employment with Nike and while under Dr Saggar's care, I was experiencing severe, debilitating hormone disruptions and symptoms that were alarming to me and I was asking Dr Saggar's office to help me diagnose a condition and I even requested blood tests because I was desperate for answers... and I didn't even get an answer or a solid education as to what my results meant once I was finally given some type of testing. Shortly after I requested testing for my thyroid and hormones I was given a referral to a gynecologist, Joseph Hazan at DePaul hospital. I saw Dr Hazan and was checked and was cleared of any immediate major threats instead he just GAVE not prescribed me some pills he had in his office. Since I was unable to look up the pills or do adequate research I stopped taking them because they were making me even more sick. I went back to Dr Saggar's office and this is where the timeline is kind of a blur because I have been unable to check any of my dates at his office since I was told his records were unavailable. As I previously stated I was hoping to get an adequate explanation of my blood work and what was going on in my body that was causing me to be too sick to go to work. I ended up losing my job because there was no diagnosis at the time or no explanation as to why I was unable to go to work.

I believe that Dr Saggar and his colleague did in fact plan to take advantage and had a system in order to run their office in a way that was not the most ethical and safe for its patients. I witnessed several doctors looking at my charts without knowing a thing about me and did not seem very knowledgeable about my condition and I really wanted a doctor that was paying attention to me so that we could get to the bottom of things much sooner. I did not feel like each time I visited I was continuing the previous conversation but rather voicing my concerns on new ears and thus not getting close to finding any diagnosis in a timely fashion.

Around this time (approximately June 2021), I decided to find a new primary care physician because I did not feel like Dr Saggar's office was doing enough to help me. I knew that there was something seriously wrong with me but it was not being tested/ treated or maybe it just was undetectable but it certainly did not help that there were different physicians seeing me each time. I was wanting to build a more solid rapport with a physician who could potentially remember my face when they saw me next time, unlike the several

different doctors I saw in Dr Saggar's office. I switched to a new primary care physician in approximately June of 2021 but shortly after my first visit I was receiving termination papers from my employer since I had not gotten adequate medical excuse to be out of work. I had just gotten a new doctor and she had not yet established my illnesses or condition and then I was terminated in 2021.

I'm no physician and I'm not sure what is the standard of care for a person in my situation but I would have felt much better had I had one doctor, MY doctor seeing me each time to be able to pay closer attention. I definitely feel like I was not getting proper care and it resulted in me changing doctors too late that it affected my health and employment status; thus affecting my livelihood, ability to support myself and my children, and quality of life and emotional well-being and Etc. I have spoken to a few malpractice attorneys about my case and they said that it could have potentially been a negligence case had I figured this out sooner, within the statute of limitations. But I only learned of Dr Saggar's fraudulent activity while I was trying to find him to question my delayed diagnosis in 2023 and had not seem him for quite some time. After I lost my job I became increasingly ill to the point where I almost passed away just before the cancer was found. I had gone over a year with no health insurance and as my condition got worse. I had no way to see a doctor since I was too sick to work And had no insurance. By 2022 my condition had gotten even worse. By then I was feeling more sick, losing weight, and had even went to the emergency room and Urgent Care a time or two. That's when I knew something had to be done and I needed to find a way to get in front of a doctor. I did not know of any type of insurance or assistance to help me until I found the program MO healthy women, after feeling a huge lump in my breast (2022). It was from then and there when I was able to get in with doctors and once an official diagnosis was established they helped me to get Medicaid insurance. I'm not sure if I could have handled things better but this whole ordeal totally devastated me financially and emotionally and I feel cheated out of my career due to the lack of attention and oversight of my health by his office that it cost me my job. Not only was I diagnosed with highly advanced metastatic cancer about a year after my termination but I also have been diagnosed with lupus as well. The symptoms that are present I have had for several years. Again I am no medical professional but based off of my symptoms and their timeline, I am almost positive I had one or both of these illnesses during my employment with Nike while I was insured and covered financially.

To summarize it is my opinion that Dr Saggar's and his office's actions have contributed to my losses mentioned in this statement. As I mentioned previously I have not been able to confirm dates and what was said or done on visits because I was denied access to my

records when I called to refresh memory and gather my thoughts. I do not want to falsely assassinate anyone's character but I am confident in stating that I feel like I was not getting the best (or adequate) care from my doctor, especially since it wasn't even him that I was seeing nor were the doctors necessarily properly being supervised. Again I only remember Dr Saggar himself treating me once or twice (in Creve Couer office) After that, I never saw him again one I switched to his other location. I am truly alarmed by this situation because as a young woman with no family history of a BRACCA gene or any cancer, I cannot figure out why I was unable to get a timely diagnosis before I nearly died from some cancer that's not even very aggressive but has been slowly growing for the past several years.

According to my disability from the Social Security Administration, they backdated my condition as permanent disability starting November of 2022. They determined that, at that point, it is suspected that my cancer metastasized and that was about a year after I last saw Dr Saggars office. My cancer after doing extensive genetic testing was found to be grade 2(out of 1, 2, or 3); which is not a particularly fast nor slow growing cancer but doubles in size about every 6 months. When I counted back from the size of my tumor at diagnosis, and divided its respective size in half by 6 months until zero, it dates back to 2021, during the time I was under the alleged care of Dr Saggar's office. Doctors do not expect for my disease to ever go away since it has advanced to stage 4 by the time it even began to be treated. It is hurtful and nerve-racking to have to think that every day could be a turn for the worst and the time to face the end of my life at such a young age.

Since I have fallen ill and been forced to stop working in my field, I have not been able to resume gainful employment. I was immediately awarded Social Security Disability when I apllied, but I suffered with no income or access to healthcare for an entire year (I was devastated and didn't know what to do). Since Dr Sager's office was my main treating physician at the time of my employment and for several years just before I was diagnosed, I did not get the opportunity to file for an appeal for my disability once my illness was later discovered since Dr Saggar has been behind bars and I have no way for my paperwork to be done. Sadly, SocialSecurityDisability is a fraction of what I would have received from my employer had my illness been properly diagnosed and documented. I just want to add the fact that my mother went through a very similar situation. She too was diagnosed with lupus after being ill for some time and having odd symptoms but no diagnosis. She was also gainfully employed and then abruptly forced to stop working due to her condition and unknowing of what was wrong at the time. But one huge difference that made her life play out better than mine has, is that her doctor was paying close attention to her, and was able to finally diagnose it. She also had thorough documentation of what had been going on with her. She was able to reclaim her employment benefits and get her long-term disability through her employer so that she could keep her pension. I was hoping that I could get the

same outcome or something similar, but my doctor has not been present in my life during the times when my condition should have been getting examined, diagnosed, and documented.

Moving forward, I will need to consider returning to school to consider another career path since I am unable to do the same type of work that I was doing before. When I worked at Nike I was on the path of manufacturing engineering and studied at Ranken Tech to have a Hands-On Blue Collar career where I could use skilled trade to earn a living. At this point I am not able to endure the workload of a production setting or any type of manufacturing environment that I previously worked in. In order to see myself getting off of welfare and government assistance, I will definitely be needing to return to school and or get some type of alternative training or certifications to expand my skill set to a less strenuous career that my body can handle. I'm not sure if I could ever be made whole for my losses from this situation but I hope that no one else has been as severely impacted as me. I feel like I have fallen through the cracks of the medical system and even the justice system to an extent. I am truly grateful for the opportunity to speak my peace here because it has been very hard for me the past few years to come to terms with what my life has been reduced to for no good reason and with no type of Justice in sight. As a person who lives in an underserved community I do hope that things can change for the better and that these type of things continue to be enforced so that we are not receiving less than proper Healthcare, especially as working law abiding citizens. I do hope that everyone listening could consider my words and understand how it has severely damaged me and I'm just one person. Who knows who else has suffered knowingly or unknowingly from actions such as this. Thank you again for listening to my testimony of how I was impacted and may Justice be served.

