UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:23-CR-00380-SRC |
| ) | |
| SONNY SAGGAR, M.D., ) | |
| ) | |
| Defendant. ) | |

## SENTENCING LETTERS

Defendant Sonny Saggar, through Attorney William Marsh, files the attached seven character letters for the Court's consideration at sentencing.

Respectfully submitted,

/s/ William Marsh
William Marsh, #60906MO
1401 South Brentwood Boulevard, Suite 500
St. Louis, Missouri 63144
Phone: (314) 455-5555
Fax: (314) 727-2869
E-Mail: William.Marsh@KesslerWilliams.com

*Attorney for Defendant Sonny Saggar, M.D.*

## CERTIFICATE OF SERVICE

I certify that on February 15, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ William Marsh
William Marsh