To The Honorable Stephen Clark:

My name is Dr. Sharon Thomas. I work as a General Medical Practitioner (family physician) in England. I have known Dr Sonny Saggar since I was at Bart's medical school in London with him in the 1990's. We have been close friends since then. We have both been hard working and have endeavoured to make a difference to our patients: to save lives and reduce suffering for all. I know Sonny has achieved this, and I believe he has made a difference to society and many peoples' lives as a result. These ethics were embedded into us since medical school and I know Sonny has done our medical school proud.

Sonny has also been a blessing in my life personally. He has always stood by me and supported me through difficult times. He continually stresses the importance of making good ethical decisions for all. I know he supports his family and other friends and colleagues equally too.

I hope this gives a helpful insight into the character of Dr Sonny Saggar.

Sharon Thomas