**Sir Pushpinder Saini**
**22 Chepstow Road**
**London**
**W2 5BE**

For the attention of
**William Marsh Esq.**
**Kessler Williams**
William.marsh@kesslerwilliams.com

4 November 2024

Dear Mr Marsh.

**Dr Sonny Saggar**

I write this character reference in relation to Dr Sonny Saggar. I should make it clear that although I am a judge in England, I write only in my personal and private capacity, and as a long-standing friend of Dr Saggar.

I have known Dr Saggar for in excess of 40 years. We became friends when we attended the same Middle School in London and our friendship continued through High School. We both then attended Oxford University, where I studied law and Dr Saggar studied medicine. Although I remained in London as a Barrister and Dr Saggar pursued his medical career in the US, we continued to be in regular contact. I have also maintained contact with Dr Saggar's family in London and, in particular, with his elderly mother who recently celebrated her 94th year.

Although I appreciate Dr Saggar has entered a guilty plea to what is a serious offence under US Federal law, I would wish to record that in my experience Dr Saggar has always been a person of the highest integrity. I have never had occasion to doubt his honesty and commitment to the service of others.

From my own knowledge, he has shown a real devotion to the cause of medicine and in particular to providing access to medical care for communities which face serious challenges. Dr Saggar is a devoted son and being separated from his mother at a time when she may have little time left has been one of the hardest aspects of Dr Saggar's incarceration.

Yours faithfully

*[signature]*

**Sir Pushpinder Saini**