**St. Josephine Bakhita Catholic Parish**
**2431 North Grand Boulevard**
**St. Louis, Missouri 63106**

Your Honor,

I am writing to advocate for Dr. Sonny Saggar.  I am grateful to him for the service he provided to our parish, operating a walk-in clinic at our food pantry every Monday, before he began his prison sentence in Alton, Illinois.  My experience of Dr. Saggar is very positive; he has been a blessing to our community.

I am hopeful that Dr. Saggar can be released from prison and continue his important ministry to vulnerable, poor residents in our community.  Please feel free to give me a call (314.803.4523), if you need any further information from me.  God bless you.

Sincerely,


Rev. Mitchell S. Doyen, Pastor

*We open wide our doors and our hearts to worship, evangelize and serve all God's people.*