Dear Judge Clark

I have known Sonny Saggar for a period of 30 years, he is a close friend to my husband Martin Waller.
Martin and Sonny met at St Edmund Hall in 1986 when they attended the University of Oxford, sharing much of their time together both at university and in the holidays.
When I met Sonny in 1994, he had travelled to the United States to begin his medical career, and we met Laura, who he went onto marry.
We have seen them frequently on their visits to the UK since and Martin and Sonny often speak by phone.
I find Sonny to be a highly intelligent medic, with exceptional skills at engaging with and listening to others.
He has a positively enthusiastic approach to any subject which catches his attention, willing to meet challenges head on, undeterred by others.
I regard Sonny as someone of the highest integrity, willing to 'go into bat' for those who he cares for, even in the knowledge that this may be unpopular.
He is articulate, empathetic and engaging, a devoted father to his three children, and a loyal son who loves his mother and sisters in the UK.

I have witnessed Sonny's devotion to medicine, having given much of his life to serving others, both patients and medics upon whom he has bestowed his knowledge and experience.
He has done so willingly, as I have so often seen, with great humanity and patience. He has much more to give and has expressed a desire to continue in the field of medicine which I know he loves.

Martin and I have spoken to Sonny throughout his incarceration, where he continues to counsel and support others. His selflessness in a time of despair is testament to his character.

I would be grateful if this could be made available to the presiding judge as a witness to Sonny's good character.

With kind regards,

Rebecca Waller