# Jimmy Haguewood

43 President Drive
O'Fallon, MO 63368
314-706-3359

December 11, 2024

Dear Sir,

As a service contractor, I have been working with Sonny, his family and his businesses for almost 20 years. We have become close friends during this time.

Sonny is very committed to his Family and would rush home when the kids were younger to spend time with them. They would often do activities such as bike riding, hiking, art work, exercising, self defense classes, visiting the zoo, and traveling. Sonny even held educational classes in the basement to help them excel in school. Sonny is also very close to his sister and aging mother in London.

Sonny is a dedicated physician working in the ER, urgent care, primary care and military facilities, just to mention a few. Sonny would always call after a visit to see how I was progressing and feeling whenever I needed medical attention. He was always available.

The downtown area and community is also important to Sonny. He provided affordable health care, donated to non profits, dance studio's, and help provide green space for residences to be outside and enjoy their pets.

Sonny is an outstanding individual and is committed to making the down town St. Louis area a better place to work and live.

Sincerely yours,

Jimmy Haguewood