Dear Your Honor,

I am writing this character reference on behalf of my dear friend, Sonny Saggar, who is currently before the court. I have known Sonny for over 30 years, and throughout this long and valued friendship, I have come to know him as a caring, dependable, and family-oriented individual.

Sonny and I first met while we were at university, and over the years, he has consistently been someone I could rely on. After university I followed a path in IT and now work as IT engineer whilst Sonny went into medicine. Even though we moved in different circles, Sonny always made the effort to keep in touch with me. Despite the current circumstances, I can confidently say that Sonny has demonstrated many positive qualities that have left a lasting impression on me. He has always been committed to supporting his family and maintaining close relationships with those he cares about, and I have often seen him prioritize the well-being of others.

Sonny is a devoted family man who takes great pride in his role as a father to his three children. His family is incredibly important to him, and I know that they too hold him in high regard as a loving and supportive figure in their lives. His commitment to his family has always been evident to me as shown by his commitment in making frequent long haul visits to see his elderly mother who is in her 90's and it is a reflection of his kind and compassionate nature.

While I do not wish to diminish the seriousness of the matter before the court, I humbly ask that my words be considered in understanding the broader context of Sonny's character. Over the years, he has shown himself to be someone who is capable of learning from his mistakes and growing as a person. He has expressed remorse for his actions to me and regrets the decisions he made.

I sincerely hope that Sonny is given the opportunity to make amends for his actions and contribute positively to his family and the community. I remain steadfast in my belief that he is capable of rehabilitation and that this experience will ultimately serve as a turning point in his life.

Thank you for taking the time to read this letter. I am happy to provide any further information or clarification if needed.

Yours sincerely,

Raymond Tang