Dear Judge Clark,

I am writing to you as a character witness for Dr. Sonny Saggar.

I have known Dr. Sonny Saggar for around 18 years now. I inherited his accounts as a lending officer at Regions Bank.  We met because he was interested in opening an urgent care facility in St. Louis and a second location in North St. Louis. He wanted to provide medical care in these impoverished and under serviced areas of our community. As I came to know Sonny I quickly learned that he was very much into serving his community especially the less fortunate. He was always professional and courteous in dealing with his patients and staff. I was so impressed that I switched my primary health care to Dr. Saggar. Sonny is always looking for ways to improve the St. Louis community. He once donated a piece of land he had purchased to the city for a small park. Dr. Saggar is and has always been a great asset for the city of St. Louis and the surrounding communities.  He loves his kids, helping people in the community, and was intent on making downtown St. Louis a great place to do business, work, and live again. His projects were never based on profit but more for providing a service for the community.

I would hope Dr. Saggar would be given the opportunity to once again service our region and also practice medicine. I feel we need more physicians with his generous and positive contributions in our region and less that are only profit driven. In all my years of working with Sonny he has always conducted himself in a professional manner. We never had any issues with his accounts or loans and we were always interested in his plans to improve the downtown St. Louis Region. I now consider him to be not only a client with strong ties to the community but also a very good friend. If given the opportunity I believe Sonny will provide a positive impact to our community and region for years to come.

Thanks for the opportunity to show support.

Sincerely,

Greg Malone