UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:23-cr-00380-SRC-1 |
| SONNY SAGGAR, | ) ) ) |
| Defendant. | ) ) |

## LIMITED ENTRY OF APPEARANCE

COMES NOW Defendant, by and through counsel, who enters his appearance on Defendant's behalf herein for the limited purpose of representing Defendant on appeal.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON PC

By:  /s/ *Joel J. Schwartz*
JOEL J. SCHWARTZ, 39066MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.