# United States District Court
*for the District of*

USCA8 No. _____

## NOTICE OF APPEAL

United States of America,

*Plaintiff*

vs

Sonny Saggar

*Defendant*

4:23-cr-00380-SRC-1
District Court Docket Number

Hon. Stephen R Clark
District Court Judge

Notice is hereby given that __Defendant__ appeals to the United States Court of Appeals for the Eighth Circuit from the: ☒ Judgment & Commitment ☐ Order _____ (Specify) entered In this action on __2/19/2025__

| | |
|---|---|
| /s/ Joel J Schwartz | Joel J Schwartz |
| Signature of Defendant's Counsel | Typed Name of Defendant's Counsel |
| 120 S. Central       Ste 130 | ( 314 ) 862 4332 |
| Street Address       Room Number | Telephone Number |
| St. Louis       MO       63105 | 2/26/25 |
| City       State       ZIP | Date |

### TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☒ Please Prepare a transcript of:
- ☒ Pre-trial proceedings
- ☒ Testimony or Portions thereof
- ☒ Sentencing
- ☐ Post Trial Proceedings
- ☒ Other (Specify)

☐ I am not ordering a transcript because:
- ☐ Previously Filed
- ☐ Other (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment:  ☒ Funds,  ☐ CJA Form24 completed and attached.

Attorney's Signature __/s/ Joel J Schwartz__   Date __2/27/2025__

**Note: Complete all Items on Page Two**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:

2. Date of Verdict: 8/15/2025    Jury ☐    Non-Jury ☐

   Offenses: 18 USC 1035

   Trial Testimony - Number of Days: n/a    Bail Status: In Custody

3. Sentence and Date Imposed: 35 months in the Bureau of Prisons, 3 years of supervised release, restitution in the amount of $742,528.07

4. Appealing: sentence ☐    Conviction ☐    Both ☒
   Challenging: ☒ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 2/27/25

   Stenographer in Charge: Reagan Fiorino
   (Name, Address, Phone) (314) 244-7989

6. Trial Counsel was: ☐ Appointed    ☒ Retained
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☐ Yes    ☒ No
   Affidavit of Financial Status filed: _____
   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☒ Yes    ☐ No

7. Assistant U.S. Attorney Name and Phone Number: Amy E. Sestric, 314-539-2200

---

**Court Reporter Acknowledgment**

Date Order Received    Estimated Completion Date    Est Number of Pages

Court Reporter's Signature    Date