US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**  USA v. Saggar, et al.

**USCA#:**

**Case Number:**  4:23-CR-00380-SRC

**Plaintiff:**  UNITED STATES OF AMERICA

**Defendant:**  SONNY SAGGAR

**Attorney:**

Amy E. Sestric (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-2200   Fax:  314-539-2196
Email:  amy.sestric@usdoj.gov

Kyle Timothy Bateman (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-7709   Fax:  314-539-2777
Email:  kyle.bateman@usdoj.gov

Cort Andrew VanOstran (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-2200   Fax:
Email:  Cortney.VanOstran@usdoj.gov

**Attorney:**

Nicholas R. Williams (for dft)
1401 S. Brentwood Boulevard
Suite 950
Brentwood, MO  63144
Ph:  314-863-6363   Fax:  314-727-2869
Email:  Nicholas.Williams@KesslerWilliams.com

William Thomas Marsh (for dft)
1401 S. Brentwood Boulevard
Suite 950
Brentwood, MO  63144
Ph:  314-780-7065   Fax:
Email:  William.Marsh@kesslerwilliams.com

Joel J. Schwartz (for dft)
120 S. Central Avenue
Suite 130
Clayton, MO  63105
Ph:  314-862-4332   Fax:  314-862-8050
Email:  jschwartz@rsfjlaw.com

**Court Reporter(s):**  Reagan Fiorino

Please return files and documents to:  Clerk for Eastern District of Missouri

Person to contact about the appeal:  J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No    Where:

**Please list all other defendants in this case if there were multiple defendants:**

-2-