# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 04, 2025

Joel J. Schwartz
ROSENBLUM & SCHWARTZ
Suite 130
120 S. Central Avenue
Saint Louis, MO  63105-0000

      RE:  25-1438  United States v. Sonny Saggar

Dear Counsel:

      The district court has transmitted a notice of appeal and docket entries in this criminal matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The district court has informed us that the $605 docketing and filing fees have not been paid in the case, and you must either pay them immediately or file a motion with the district court seeking permission to proceed in forma pauperis. Your duties as counsel are defined by Eighth Circuit Rule 27B and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

      media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
      media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
      media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (R. Doc. 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

If a transcript will be required for the appeal, you should promptly contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CJO

Enclosure(s)

cc:    Kyle Timothy Bateman
       Clerk, U.S. District Court, Eastern District of Missouri
       Reagan A. Fiorino
       Sonny Saggar
       Amy E. Sestric
       Cort Andrew VanOstran

       District Court/Agency Case Number(s):   4:23-cr-00380-SRC-1

**Caption For Case Number:   25-1438**

United States of America

       Plaintiff - Appellee

v.

Sonny Saggar, M.D.

       Defendant - Appellant

**Addresses For Case Participants:   25-1438**

Joel J. Schwartz
ROSENBLUM & SCHWARTZ
Suite 130
120 S. Central Avenue
Saint Louis, MO  63105-0000

Kyle Timothy Bateman
U.S. DEPARTMENT OF JUSTICE
Criminal Division
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Reagan A. Fiorino
THOMAS F. EAGLETON U.S. COURTHOUSE
Suite 8.139
111 S. Tenth Street
Saint Louis, MO  63102-1116

Sonny Saggar
ALTON LAW ENFORCEMENT CENTER
70307-510
1700 E. Broadway
Alton, IL  62002

Amy E. Sestric
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

Cort Andrew VanOstran
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000